# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| JOEL LAWRENCE BENITZHAR | ) Case No. 4:25-mj-71104 MAG |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2025__ in the county of __Contra Costa__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement and Coercion of A Minor |

**FILED**

Sep 08 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

This criminal complaint is based on these facts:

See Attached Affidavit of HSI Task Force Officer Darryl Holcombe

☑ Continued on the attached sheet.

Approved as to form ___K.V.___
AUSA Kelly Volkar

/s/
*Complainant's signature*

Darryl Holcombe, Task Force Officer, HSI
*Printed name and title*

Sworn to before me by telephone.

Date: 09/05/2025

*Judge's signature*

City and state: McKinleyville, CA
Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Darryl J. Holcombe, a Task Force Officer with Homeland Security Investigations do swear and affirm as follows:

### INTRODUCTION AND AGENT EXPERIENCE

1. This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging Joel Lawrence BENITZHAR (BENITZHAR) with one count of Attempted Enticement and Coercion of a Minor, in violation of 18 U.S.C. § 2422(b). The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with Homeland Security Investigations, information I have gathered in my investigation, my personal observations, and the information provided to me by other law enforcement officers. I believe these sources to be reliable. Because this affidavit is being submitted for the limited purpose of this criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that between on or about October 12, 2024, and September 10, 2025, in the Northern District of California, BENITZHAR violated 18 U.S.C. § 2422(b).

2. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit. I have been assigned to the Sexual Assault Unit since approximately 2015. I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations. I have been employed with the Contra Costa County District Attorney's Office since November 2011. Prior to that, I was a police officer with the City of Concord for eleven years. I attended a basic police academy in 1999 at the Los Medanos Police Academy.

3. I am also currently assigned to the Internet Crimes Against Children Task Force. I monitor peer-to-peer and file sharing programs and investigate individuals downloading and

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

sharing child pornography and committing other sexual crimes against children. I have participated in over 300 such investigations. Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos. I have received advanced training in computer crimes and peer-to-peer file sharing programs. I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256). I have personally participated in the execution of numerous search warrants, including the search, seizure, and analysis of data stored within a computer and other electronic media. I have received various training in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct. As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers.

      4.     As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California. I am also cross-designated as a federal officer with Homeland Security Investigations. I am authorized to make probable cause arrests without a warrant for violations of the laws of the United States. I am authorized to serve search and arrest warrants issued under the authority of the United States. Therefore, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including for child pornography offenses.

## APPLICABLE LAW

5.  **Title 18, United States Code, Section 2422(b)** prohibits any person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

## FACTS IN SUPPORT OF PROBABLE CAUSE

### A. The National Center for Missing and Exploited Children

6.  The National Center for Missing and Exploited Children ("NCMEC") is a private, non-profit organization established in 1984 by the United States Congress. Primarily funded by the Department of Justice, the NCMEC acts as an information clearinghouse and resource for parents, children, law enforcement agencies, schools, and communities to assist in locating missing children and to raise public awareness about ways to prevent child abduction, child sexual abuse and depictions of minors engaged in sexually explicit conduct.

7.  The NCMEC CyberTipline offers a means of reporting incidents of child sexual exploitation, including the possession, manufacture, and/or distribution of depictions of minors engaged in sexually explicit conduct; online enticement; child prostitution; child sex tourism; extra familial child sexual molestation; unsolicited obscene material sent to a child; and misleading domain names, words, or digital images.

8.  Federal law requires NCMEC to operate the CyberTipline and requires Electronic Service Providers ("ESPs"), such as Instagram, to report apparent instances of child pornography offenses. Providers also have the discretion to submit reports concerning planned or imminent child pornography offenses. Companies that suspect child pornography has been stored or transmitted on their systems report that information to NCMEC in a CyberTipline

Report (or "CyberTip"). The ESP submits the report, which generally contains account and log-in information, and uploads content to NCMEC via a secure connection.

9. Aside from required information such as incident type, date, and time, reporters can also fill in voluntary reporting fields such as user or account information, IP addresses, or information regarding the uploaded content itself, as well as other information it may have collected in connection with the suspected criminal activity. The ESP may or may not independently view the content of the file(s) it uploads. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ESP submits, such as IP addresses. NCMEC then packages the information from the ESP along with any additional information it has, such as previous related CyberTips, and sends it to law enforcement in the jurisdiction where the activity is believed to have occurred.

10. Individuals can also contact NCMEC and file reports via the CyberTip Line at https://report.cybertip.org/.

B. **Cybertip # 216126492**

11. On or about July 16, 2025, Instagram, an ESP and social media application owned by Meta Platforms, sent a cybertip (**CyberTip # 216126492**) to NCMEC related to the discovery of potential violations of enticement and coercion of a minor. The CyberTip contained excerpts of chat messages exchanged between several users. The name of the account Instagram identified as the suspect is spectre_782. The CyberTip contained other information the user provided to Instagram including a date of birth, and a phone number, 925-xxx-5363,[1] which Instagram indicated had been verified by the user on or about March 25, 2023. Instagram provided the e-mail address used to create the account, tekjob801@gmail.com.

---

[1] Law Enforcement is aware of the complete phone number for this account, and it has been partially redacted for privacy.

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

4

12. Instagram researched the e-mail address, phone number, and IP addresses used to access the spectre_782 account and found it was associated with other accounts used to communicate with minors, namely __flamingswords, voidless_999, joelb_1011, and tekj.ob.

13. Law enforcement has identified that **BENITZHAR** is the primary user of the "spectre_782" Instagram account and has reason to believe that **BENITZHAR** sent the below identified messages. **BENITZHAR** resides within the Northern District of California.

14. Instagram identified at least nine potential minor victims based on the content of messages reviewed from spectre_782 and __flamingswords, and also provided account information for those suspected victims in the CyberTip for law enforcement to further investigate.

15. Since receiving the CyberTip from Instagram, law enforcement has identified and confirmed that one of the minor victims, with whom **BENITZHAR** was communicating on Instagram, is a 14-year-old female who also lives within the Northern District of California.

C. **Minor Victim 1**

16. Instagram provided chat messages between Minor Victim 1 (MV1) and **BENITZHAR**, which law enforcement have reviewed. The first set of messages occurred between August 9, 2023, and August 15, 2023, with Benitzhar using Instagram account spectre_782. Based on law enforcement's subsequent investigation, MV1 was 12 years old at this time and **BENITZHAR** would have been 16 years old.

| | |
|---|---|
| spectre_782 | hey |
| MV1 | bro wtf do u want? |
| MV1 | im in class rn |
| spectre_782 | you chose to respond rn. u could have waited till later. I wanna make things up with you though |

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

5

| | |
|---|---|
| MV1 | whyre u obsessed w me |
| spectre_782 | Im not. I just want to fix things with you. We used to be good friends |
| | I just remembered how we traded CP[2] 😭 |
| MV1 | oh |
| spectre_782 | do you remember that |
| MV1 | mhm |
| spectre_782 | u still watch it at all? |
| spectre_782 | I have a lot I can send you if you want |
| MV1 | send |
| MV1 | also i am in 7th grade now |
| spectre_782 | wait do you have telegram it would be a lot easier on therr |
| MV1 | no |
| MV1 | i have discord |
| spectre_782 | theres this one video thats 34 minutes long that omg its made me cum so much and so many times 😭 |
| spectre_782 | its like this asian girl who looks 12-13 |
| MV1 | give me ur discord u retard. |
| spectre_782 | voidless_666 |
| MV1 | ur obsessed with me |
| spectre_782 | Do you want me to message your mom too? |
| MV1 | im just saying |
| MV1 | ur obsessing over a 12 year old. |
| MV1 | a 7th grader |
| MV1 | isnt that a little strange? |

---

[2] Based on my training and experience, I know that the term "cp" stands for child pornography. HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL. [UNDER SEAL]

6

| | |
|---|---|
| spectre_782 | hmm nah cause I'm just bored |

17. The second set of messages occurred on or about January 1, 2025 with **BENITZHAR** using Instagram account spectre_782. At this time, MV1 was 14 years old and **BENITZHAR** would have been 18 years old.

| | |
|---|---|
| MV1 | lol what if i told pleasanton pd u raped me :3 |
| MV1 | LOL |
| MV1 | u wont get that off ur record |
| spectre_782 | Considering I didn't ever do that and your past history of lying and stuff I don't think they would believe you. But they would believe you wanting to go meet up with grown men and fuck them since it's in your DMs with him |
| MV1 | im under 18 |
| spectre_782 | Which is exactly why I'm on hold rn |
| MV1 | its rape even if i said yes [...] |
| MV1 | what did i even do to u |
| MV1 | because im dating a guy |
| MV1 | lol ur js jealous bro idrc |
| spectre_782 | He's an extorter. |
| spectre_782 | I'm literally AE |
| MV1 | so |
| spectre_782 | Why would I let you do that and not do anything |

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

7

| | |
|---|---|
| MV1 | that doesnt mean u call the cops on me |
| spectre_782 | Yes it does |
| spectre_782 | That's literally what I do |
| MV1 | ur just as bad as an extorter and ur not doing any good |

18. The third set of messages occurred or about January 1, 2025 with **BENITZHAR** using Instagram account spectre_782. At this time, MV1 was 14 years old and **BENITZHAR** would have been 18 years old.

| | |
|---|---|
| MV1 | so r we still hanging out or no |
| spectre_782 | I want too. I really just don't want you to hate me I just worry about you a lot |
| MV1 | i dont hate u |
| MV1 | i js dont want the police showing up |
| spectre_782 | Yeah I know. I just want you to be safe and idk how else to do it. So please just promise me if he tries to extort you that you will leave. I don't want anything to happen to you. I care about you more than you realize [...] |
| spectre_782 | Can we still hang out? [...] |
| spectre_782 | Maybeee. I will bring u a really warm jacket tho. What we gonna do after we dye ur hair tho. I might have enough money to actually buy you something |
| MV1 | omg yay |
| spectre_782 | Yess and I got a $15 Starbucks gift card tonight [...] |

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

19. The fourth set of messages occurred between June 3, 2025 and July 7, 2025 with **BENITZHAR** using Instagram account __flamingswords:

| | |
|---|---|
| __flamingswords | **[redacted-victim's name]** |
| __flamingswords | I thought you were staying away from com after that whole thing |
| MV1 | i love com |
| __flamingswords | Yes ik but it always ends with something happening to you |
| __flamingswords | What if someone still has the old stuff though. Ik you moved but ik your families socials were leaked |
| __flamingswords | I would change the user on your irl account then unless ur going by a different name in com |
| MV1 | eh |
| MV1 | iddccccc |
| __flamingswords | Alrrr as long as u being safe |
| __flamingswords | Yww. Did u finish school yet |
| MV1 | today was my last day. |
| __flamingswords | R u still with envy or whatever his name is? |
| __flamingswords | We need to hang out again since no school anymore |
| __flamingswords | If u want tho |
| __flamingswords | **[redacted-victim's name]** do u wanna call. |
| MV1 | leave me aloneeeeeeeeuh |
| __flamingswords | I miss seeing u ik we only hung out twice but it was funnn. And since u don't wanna leave ur house I could come over there or something idk. Sorry if Im being pushy. |
| MV1 | idk its ok |

| | |
|---|---|
| __flamingswords | Do u think I could come over tomorrow? It's perfect fine if not if u don't feel good or something. I just don't got anything else to do or anyone else to hang out with |
| MV1 | sorry i been rly depressed i cant leave |
| __flamingswords | It's okay dw. |
| __flamingswords | Maybe once you feel better. O also guess what |
| __flamingswords | I found that one of me fingering you at the park 😭 I thought I lost it |
| __flamingswords | That was fun |

20. Instagram provided information to NCMEC in **CyberTip # 216126492** identifying that MV1 may have resided within the Northern District of California and may be in close proximity to **BENITZHAR**. Law enforcement has since confirmed both facts.

### D. Second Instagram User

21. Instagram also provided chat messages between spectre_782 and an Instagram user that identified as a minor; however, law enforcement has not been able to confirm that the user is indeed a minor and thus will use "IGSN1" (for Instagram Screenname 1) for this individual. These chats occurred between December 3, 2024 and July 14, 2025. At this time, law enforcement has reason to believe that **BENITZHAR** tells the user behind Instagram account "IGSN1" that **BENITZHAR** met up in person with MV1 knowing she was 14 years old.

22. The first set of messages between spectre_782 and IGSN1 occurred on or about January 3, 2025, the day after **BENITZHAR** and MV1 were arranging to "hang out":

| | |
|---|---|
| spectre_782 | I will be groomer material |
| IGSN1 | you already are [...] |

| | |
|---|---|
| spectre_782 | I met up with her again yesterday |
| IGSN1 | oh btw did yall ever wnd up seeing eachother again [...] |
| spectre_782 | We didn't fuck tho |
| spectre_782 | We just hung out [...] |
| spectre_782 | I ubered to her house an hour away |

23.    The second set of messages between spectre_782 and IGSN1 occurred on or about March 9, 2025:

| | |
|---|---|
| spectre_782 | There's something I didn't tell you.. [...] |
| spectre_782 | The girl was 14.. the picture I leaked was just an underwear pic but still.. but also I'm attracted to younger girls.. like 14 and above and I want to stop but idk how and I can't ask anyone for help because I'm going to be arrested and ruin my entire life. If you hate me I understand but it's too much to keep to myself anymore.. |
| IGSN1 | no i knew this already [...] |
| spectre_782 | But also yk that girl I said I met up with? She was also 14 |
| IGSN1 | ik |
| spectre_782 | I'm scared cause it's going irl now[3] [...] |
| spectre_782 | Idk how to describe it. They turn me on but like it's more than that. [...] |

---

[3] Based on my training and experience, the letters "irl" is commonly used to mean "in real life" and thus I believe this is a reference to a 14 year old girl that the user behind "spectre_782" (believed to be **BENITZHAR**) met up with in real life (believed to be MV1).

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

| | |
|---|---|
| spectre_782 | Can we fuck now |
| IGSN1 | thought u was tryna get off them kids [...] |
| spectre_782 | Ur 16 |
| spectre_782 | Aren't you |
| IGSN1 | 15 buddy |
| IGSN1 | like 3 months ago [...] |
| spectre_782 | Yeah u got big tits |
| IGSN1 | im still a minor lol |
| spectre_782 | It's okay |
| spectre_782 | Ur my minor |
| IGSN1 | this how u lure them other hoes huh [...] |

## CONCLUSION

24.  Based on the aforementioned facts and information, there is probable cause to believe that between on or about October 12, 2024, and September 10, 2025, in the Northern District of California, **BENITZHAR** attempted to entice and coerce a minor, known herein as Minor Victim 1, to engage in, or attempt to engage in, a violation of California Penal Code §§ 261.5 (unlawful sexual intercourse with a minor) or 288 (lewd acts with a minor), among other potential illegal conduct, and **BENITZHAR** took a substantial step toward committing the act, in violation of 18 U.S.C. § 2422(b).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____/s/_____
DARRYL J. HOLCOMBE
Task Force Officer, Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P 4.1 on this ___5th___ day of September 2025

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge
Northern District of California

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]