CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-MJ-71104 MAG |
| Plaintiff, | ORDER |
| v. | |
| JOEL LAWRENCE BENITZHAR, | |
| Defendant. | |

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 4:25-MJ-71104 MAG

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from December 16, 2025, through January 21, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 16, 2025, to January 21, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the Court hereby sets the preliminary hearing on January 21, 2026 and—based on the parties' showing of good cause—finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 16, 2025, through January 21, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that the status conference currently set for December 16, 2025, is continued to January 21, 2026.

IT IS SO ORDERED.

DATED: December 15, 2025

HON. THOMAS S. HIXSON
United States Magistrate Judge