| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Acting Federal Public Defender<br>Northern District of California |
| 3 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507<br>Email:          John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant BENITZHAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25–71104 MAG |
| Plaintiff, | **STIPULATION AND ORDER *AS MODIFIED BY THE COURT* TO CONTINUE BOND HEARING** |
| v. | |
| JOEL BENITZHAR, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, the BOND HEARING presently set for December 30, 2025 at 11:00 AM before Hon. Thomas S, Hixson be CONTINUED until January 5, 2026 at 10:30 AM before the Oakland Duty Magistrate Judge for BOND HEARING. It is further STIPULATED that the conditions of release be MODIFIED so that Mr. Benitzhar be prohibited from visiting the Roblox or Discord websites or forums, pending a hearing on this matter.

　　　The reason for this request is that neither counsel is available for the December 30, 2025 setting. Furthermore, counsel have discussed the allegations and agree that a modification of

STIP. AND ORDER TO CONTINUE

1

conditions, pending the hearing, will address the parties' concerns in the interim. The defense does not agree that there has been any violation of conditions or attempt to subvert monitoring. Defense counsel has shared with government counsel ChatGPT statements, for example, in which Mr. Benitzhar clearly stated to ChatGPT that he was seeking advice and documentation that monitoring software was causing his laptop to crash and clearly stated that he did not seek advice on how to remove or disable his monitoring software, noting that it was legally required, which was the chief concern of the Pretrial Services Agency. The Pretrial Services Officer is on leave and not reachable.

IT IS SO STIPULATED.

Dated:   December 23, 2025

JODI LINKER
Acting Federal Public Defender
Northern District of California

          /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Dated:   December 23, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

          /S/
KELLY I. VOLKAR
Assistant United States Attorney

STIP. AND ORDER TO CONTINUE

## ORDER AS MODIFIED BY THE COURT

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the BOND HEARING presently set for December 30, 2025 at 11:00 AM before Hon. Thomas S, Hixson be CONTINUED until January ~~5~~ 8, 2026 at ~~10:30 AM~~ 9:30 am before ~~the Oakland Duty Magistrate Judge~~ Magistrate Judge Thomas S. Hixson in San Francisco for BOND HEARING. Further, it is

ORDERED, pending hearing on this matter, that the conditions of release be MODIFIED so that Mr. Benitzhar be prohibited from visiting the Roblox or Discord websites or forums.

IT IS SO ORDERED.

DATED: December 29, 2025

                                          */s/ T.M. Hixson*
                                          HON. THOMAS S. HIXSON
                                          United States Magistrate Judge